1
2
3
4
5
6                                    UNITED STATES DISTRICT COURT

7                              FOR THE EASTERN DISTRICT OF CALIFORNIA

8

9    PETER T. HARRELL,                              No.  2:14-cv-1595 KJM GGH PS

10                    Plaintiff,

11          v.                                      ORDER

12   HORNBROOK COMMUNITY
     SERVICES DISTRICT, et al.,
13
                     Defendants.
14

15

16          Plaintiff is proceeding pro se with this civil rights action seeking relief pursuant to 42

17   U.S.C. §§ 1983, 1985, 1986, and 1988.

18          On August 21, 2014, plaintiff filed a motion for leave to amend his complaint.  Plaintiff's

19   motion was not, however, accompanied by a proposed amended complaint.  Since plaintiff did

20   not submit a proposed amended complaint, the court is unable to evaluate it.

21          Accordingly, IT IS HEREBY ORDERED that plaintiff's August 21, 2014 motion for

22   leave to amend is denied without prejudice to its refiling, accompanied by a proposed amended

23   complaint.

24   Dated: August 29, 2014

25                                         /s/ Gregory G. Hollows

26                                   UNITED STATES MAGISTRATE JUDGE

27   GGH:076/Harrell1595.10b

28
                                                    1