# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PETER T. HARRELL,<br><br>Plaintiff,<br><br>v.<br><br>HORNBROOK COMMUNITY SERVICES DISTRICT, et al.,<br><br>Defendants. | No. 2:14-cv-1595 KJM GGH PS<br><br><br><br>ORDER |

Plaintiff is proceeding pro se with this civil rights action seeking relief pursuant to 42 U.S.C. §§ 1983, 1985, 1986, and 1988.

Plaintiff has filed a request for status of service of process on defendants. Service of process is currently being executed for most defendants. However, plaintiff has only supplied a P.O. Box but not a physical address for two defendants: Hornbrook Community Services District and Ernest Goff. Personal service must be effectuated at a physical address. The U.S. Marshal is so far unable to effectuate personal service on these two defendants.

Furthermore, it appears that plaintiff has not provided his telephone number in this action as required by E. D. Local Rule 131(a).

Accordingly, IT IS ORDERED that:

1. Plaintiff shall file a statement providing the street addresses for defendants Hornbrook Community Services District and Ernest Goff within **fourteen (14)** days of this order. Failure to provide the information will result in a recommendation that these defendants be dismissed.

Case 2:14-cv-01595-KJM-GGH   Document 17   Filed 03/18/15   Page 2 of 2

2. Plaintiff shall provide his phone number for the court record within **fourteen (14)** days of this order.

3. The Clerk of the Court is directed to serve a copy of this order on the U.S. Marshal, 501 "I" Street, Sacramento, Ca., 95814, Tel. No. (916) 930-2030.

Dated: March17, 2015

/s/ Gregory G. Hollows

UNITED STATES MAGISTRATE JUDGE

GGH:076/Harrell1595.adrs