1  William A. Muñoz - 191649
       (wmunoz@mpbf.com)
2  Robert W. Lucas - 143920
       (rlucas@mpbf.com)
3  MURPHY, PEARSON, BRADLEY & FEENEY
   520 Capitol Mall, Suite 250
4  Sacramento, CA  95814
   Telephone:      (916) 565-0300
5  Facsimile:      (916) 565-1636

6  Attorneys **specially appearing** for Defendants
   HORNBROOK COMMUNITY SERVICES DISTRICT, MICHELE HANSON,
7  PATRICIA BROWN, SHARREL BARNES, JULIE BOWLES, CLINT
   DINGMAN AND ERNEST GOFF
8

9                         UNITED STATES DISTRICT COURT

10                       EASTERN DISTRICT OF CALIFORNIA

11

12 PETER T. HARRELL,                         Case No.: 2:14-CV-1595-KJM-GGH-PS

13        Plaintiff,                         **ORDER ON APPLICATION FOR
                                             EXTENSION OF TIME TO RESPOND TO
14 v.                                        FIRST AMENDED COMPLAINT**

15 HORNBROOK COMMUNITY SERVICES
   DISTRICT; MICHELE HANSON; PATRICIA
16 BROWN; SHARREL BARNES, ROBERT
   WINSTON, JULIE BOWLES, CLINT
17 DINGMAN; ERNEST GOFF; and JOHN DOES 1-
   20,
18
          Defendants.
19

20        GOOD CAUSE APPEARING,

21        IT IS HEREBY ORDERED Defendants Hornbrook Community Services District, Michele

22 Hanson, Patricia Brown, Sharrel Barnes, Julie Bowles, Clint Dingman and Ernest Goff's Application

23 for Extension of Time to Respond is GRANTED and Defendants shall have until May 22, 2015, to

24 respond to the First Amended Complaint.[1]

25        ////

26

27 _____
   [1]  Defendants are directed to plaintiff's filing of March 26, 2015 (ECF No. 19 at 1) for plaintiff's
28 contact information.

                                          - 1 -
   _____
   [PROPOSED] ORDER ON APPLICATION FOR EXTENSION OF TIME TO RESPOND TO FIRST AMENDED
                                     COMPLAINT

1    Dated: April 23, 2015                    /s/ Gregory G. Hollows

2                                             Hon. Gregory G. Hollows
                                             Magistrate Judge, United States District Court
3

4    GGH:076/harr1595.eot

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

- 2 -

[PROPOSED] ORDER ON APPLICATION FOR EXTENSION OF TIME TO RESPOND TO FIRST AMENDED
COMPLAINT