1

2

3

4

5

6

7

8                    UNITED STATES DISTRICT COURT

9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   PETER T. HARRELL,                          No.  2:14-cv-01595-KJM-GGH

12              Plaintiff,

13        v.                                     ORDER

14   HORNBROOK COMMUNITY
     SERVICES DISTRICT, et al.,
15

16              Defendants.

17

18        Plaintiff, Peter T. Harrell, is proceeding in this action pro se and in forma pauperis

19   pursuant to 28 U.S.C. §1915.  The case was referred to the undersigned in accordance with Local

     Rule 302(c)(21) and 28 U.S.C. § 636(b)(1).  On September 10, 2015, the undersigned issued
20
     findings recommending that defendants' (1) motions to dismiss (ECF Nos. 14, 35) be granted
21
     with leave to amend; and (2) defendants' motions to strike (ECF Nos. 14, 35) be denied without
22
     prejudice to renewal if brought as separate motions after plaintiff amends the complaint.  ECF
23
     No. 50.  On March 22, 2016, the presiding district judge adopted the undersigned's findings and
24
     recommendations with the exception that plaintiff is not granted leave to add Jason J. Sommers
25
     and Robert W. Lucas as defendants in any amended complaint.  ECF No. 55.
26
     ///
27
     ///
28

                                              1

Accordingly, IT IS HEREBY ORDERED that:

1.  Plaintiff is granted thirty days from the date of service of this order to file an amended complaint that complies with the requirements of the Federal Rules of Civil Procedure, and the Local Rules of Practice; the amended complaint must bear the docket number assigned this case and must be labeled "Second Amended Complaint;" plaintiff must file an original and two copies of the amended complaint; failure to file an amended complaint will result in a recommendation that this action be dismissed.

2.  Plaintiff may, but is not required to, utilize the Pro Se Forms provided on the U.S. Courts website to draft his Second Amended Complaint, at http://www.uscourts.gov/forms/pro-se-forms.  The court recommends that plaintiff, in particular, review Pro Se Form 15, Complaint for Violation of Civil Rights (Non-Prisoner).

Dated:  March 28, 2016

/s/ Gregory G. Hollows

UNITED STATES MAGISTRATE JUDGE

/GGH17; harr1595.amend

2