UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PETER HARRELL, | No. 2:14-cv-1595 KJM GGH |
| Plaintiff, | |
| v. | ORDER |
| HORNBROOK COMMUNITY SERVICES DISTRICT, MICHELLE HANSON, PATRICIA BROWN, SHARREL BARNES, ROBERT WINSTON, JULIE BOWLES, CLINT DINGMAN, ERNEST GOFF, ROGER GIFFORD, ROBERT PUCKETT, SR., HORNBROOK COMMUNITY BIBLE CHURCH, STEVEN CHRITTENDEN, MURPHY PEARSON BRADLEY AND FEENEY, BRADLEY & FEENEY, INC., BASIC LABORATORY, INC., DUKE MARTIN, KISHER, WINTON & BOSTON, and Does 1-20,, | |
| Defendants. | |

On August 1, 2016, this court issued an Order in which it unequivocally stated that *no party* to this action was to file any further motions or requests unless it had first followed an emergency procedure laid out in the Order. The procedure required any party wishing to seek access to the court to first obtain permission by "making a request detailing the need for it" to which the opposing party could respond within five court days.

1

Despite this Order Plaintiff has filed a Motion for a Preliminary Injunction and purported to set it for hearing on September 22, 2016, ECF No. 97, and a Motion for a Stay without a hearing date. ECF No. 102. These actions are in direct violation of this court's order and the court will not calendar them for hearing or consider their merits at this time. Pending matters vacated from the Court's September 22, 2016, calendar by that order remain under submission and will be decided by the court without further argument.

Plaintiff is now ordered to show cause within 10 days of receipt of this order why he should not be held in contempt of court for failing to obey a direct order.

**IT IS SO ORDERED.**

DATED: September 12, 2016

/s/ Gregory G. Hollows
UNITED STATES MAGISTRATE JUDGE

2