1

2

3

4

5

6

7

8                      UNITED STATES DISTRICT COURT

9                  FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11  PETER HARRELL,                              No.  2:14-cv-1595 KJM GGH  PS

12                  Plaintiff,

13       v.                                     <u>ORDER</u>

14  HORNBROOK OMMUNITYSERVICES
    DISTRICT, MICHELLEHANSON,
15  PATRICIA BROWN,SHARREL
    BARNES, ROBERTWINSTON, JULIE
16  BOWLES, CLINTDINGMAN, ERNEST
    GOFF, ROGERGIFFORD, ROBERT
17  PUCKETT, SR.,HORNBROOK
    COMMUNITY BIBLECHURCH,
18  STEVEN CHRITTENDEN,MURPHY
    PEARSON BRADLEY ANDFEENEY,
19  BRADLEY & FEENEY, INC.,BASIC
    LABORATORY, INC., DUKEMARTIN,
20  KISHER, WINTON &BOSTON, and Does
    1-20,
21
                    Defendants.
22

23                          <u>PROCEDURAL HISTORY</u>

24          On August 1, 2016, this court issued an Order in which it stated that no party to this action

25  was to file any further motions or requests unless an emergency procedure laid out in the Order

26  was followed.  The procedure required any party wishing to seek access to the court to first obtain

27  permission by "making a request detailing the need for it" to which the opposing party could

28  respond within five court days.  ECF No. 95.

                                            1

On October 21, 2016, Attorney William Munoz filed a Motion to withdraw as counsel for defendant Sharrel Barnes and set the Motion for hearing on this court's December 22, 2016 calendar.  ECF No. 115.  On November 17, 2016, the court issued a Minute Order pointing out the requirement for emergency motion procedures as a prerequisite to filing by attorney Munoz.  ECF No. 121.  As a result attorney Munoz requested permission to file in accordance with the Order.  ECF No. 122.  The Court will approve this request.

DISCUSSION

Several parties filed objections to the Motion to Withdraw, among them defendant Sharrel Barnes.  ECF No. 118.  Subsequent to this filing, defendant Barnes also filed a Motion to Disqualify the law firm of Murphy, Pearson, Bradley & Feeney, including Munoz, from representing *any* defendant in this suit and set it for hearing on December 22, 2016 as well.  ECF No. 124.  The Court, having reviewed this latter pleading construes it as a Statement of Non-Opposition to attorney Munoz's Motion, see Eastern District of California Local Rule ["Local Rule"] 230(c), and a Related or Counter-Motion for Disqualification, Local Rule 230(e).  The Court, sets the Counter-Motion for hearing on January 19, 2017, at 1:00 p.m. in Courtroom 9 before the undersigned.[1]

Opposition to the Counter-Motion shall be filed no later than January 5, 2017, and any Reply Memoranda shall be filed no later than January 12, 2017.  The court also encourages all other defendants to file either an Opposition, or a Statement of Non-Opposition to or Joinder, in defendant Barnes' motion to disqualify the law firm insofar as they are each at present represented by the firm whose disqualification is sought.  The defendants should be aware that should the Counter-Motion be successful, they will thereafter be expected to act as their own counsel *pro se* unless and until they acquire new counsel.[2]

////

[1]  Although initially objecting to Munoz's motion to withdraw, the only logical inference to draw from the Counter-Motion is that Barnes does not desire to have Munoz or his firm represent her.  Therefore, there is no dispute regarding Munoz being released from representation of Barnes.
[2]  Whether Hornbrook CSD may represent itself *pro se* is a matter that the court will address at hearing, if necessary.

CONCLUSION

1.      The court accepts the Motion of attorney Munoz to withdraw as counsel for Sharrel Barnes under the emergency motion procedure and, as there is now no opposition to Munoz's withdrawal as counsel for defendant Barnes, GRANTS attorney Munoz's motion to withdraw from representation of defendant Barnes as unopposed;

2.      The court sets the Counter-Motion to Disqualify the law firm of Murphy, Pearson, Bradley & Feeney, including Munoz, for hearing on January 19, 2017, at 1:00 p.m. in Courtroom 9;

3.      Opposition by any party affected by the above-scheduled counter-motion shall be filed and served no later than January 5, 2017;

4.      Replies by the moving and joining parties shall be filed and served no later than January 12, 2017.

**IT IS SO ORDERED.**

Dated:  November 29, 2016

/s/ Gregory G. Hollows<br>UNITED STATES MAGISTRATE JUDGE

Harr.1595.Disq.amm