UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PETER HARRELL, | No. 2:14-cv-1595 KJM GGH PS |
| Plaintiff, | |
| v. | ORDER |
| HORNBROOK CSD, et al. | |
| Defendants. | |

The parties shall brief in their oppositions/reply to the counter motion to disqualify counsel, or otherwise be prepared to discuss at hearing (January 19, 2017), whether a severance of defendants Gifford and Barnes into a separate action will rectify any present disqualification issues in this action involving the remaining defendants.

All objections regarding the scheduling of the hearing and due date for briefs are overruled. To the extent that logistical problems make it not possible for the moving parties of the countermotion to file a reply to the opposition, reply points may be made at hearing.

////

////

////

1

1 | All other objections pertinent to the counter-motion will be either be discussed at hearing, and/or
2 | adjudicated subsequent to hearing.
3 |     SO ORDERED.
4 | DATED: December 29, 2016

/s/ Gregory G. Hollows
UNITED STATES MAGISTRATE JUDGE