UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PETER T. HARRELL, | No. 2:14-cv-1595 KJM GGH |
| Plaintiff, | |
| v. | ORDER |
| HORNBROOK COMMUNITY SERVICES DISTRICT, et al., | |
| Defendants. | |

On March 29, 2017, District Judge Kimberly J. Mueller issued an Order adopting Findings and Recommendations and granting Plaintiff 14 days from the date of other order to file a third amended complaint. Plaintiff Harrell now seeks a 21 day extension of time to comply with the court's order.

This has been pending in this court since July 7, 2014. ECF No. 1. Plaintiff has amended his original complaint twice, each time expanding the numbers of pages included in the filing. See ECF Nos. 10, 59. In Judge Mueller's Order plaintiff is limited to filing a 25 page complaint which should take considerably less time that his previous efforts. If plaintiff were to straightforwardly obey the Court's Order his Third Amended Complaint would be due on April 12, 2017. It is time to bring this matter to the point where it can be addressed on the merits. Although the court would prefer not to extend any time, given the distance that plaintiff is from

1

this courthouse, and his apparent inability to use the ECF system for near instantaneous filing, the court will nonetheless grant an addition 14 days to the time ordered by Judge Mueller and plaintiff's Third Amended Complaint shall be due to be filed on or before April 21, 2017.

**IT IS SO ORDERED.**

Dated: April 7, 2017

/s/ Gregory G. Hollows
UNITED STATES MAGISTRATE JUDGE