UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PETER T. HARRELL,<br><br>        Plaintiff,<br><br>    v.<br><br>HORNBROOK COMMUNITY SERVICES DISTRICT, et al.,<br><br>        Defendants. | No. 2:14-cv-01595 KJM GGH<br><br><br>ORDER TO SHOW CAUSE |

        Plaintiff is proceeding pro se in this civil rights case. On April 4, 2017, the court issued an Order directing that plaintiff's Third Amended Complaint, drafted in conforming with instructions provided by both the undersigned, ECF No. 141, and the district court, see 2:6-cv-00955 KJM GGH, ECF No. 45, was due to be filed on or before April 21, 2017. On April 14, 2017, the Clerk of the Court issued a Minute Order that amended the date on which the Third Amended Complaint was due to April 26, 2017. ECF No. 144. Plaintiff has neither filed his Third Amended Complaint nor has he sought an extension of time to do so.

        In light of the foregoing and good cause appearing, IT IS HEREBY ORDERED that:

        Plaintiff shall show cause, within thirty (30) days of this Order, or no later than May 29, 2017, why his failure to obey the court's order should not result in dismissal of this action.

////

1

Plaintiff is further advised that failure to respond to the instant order will result in a recommendation that this action be dismissed with prejudice.

**IT IS SO ORDERED.**

Dated: May 1, 2017

<u>/s/ Gregory G. Hollows</u>
UNITED STATES MAGISTRATE JUDGE