UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PETER T. HARRELL,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>HORNBROOK COMMUNITY<br>SERVICES DISTRICT, et al.,<br><br>　　　　　Defendants. | No. 2:14-cv-01595 KJM GGH<br><br><br>ORDER STRIKING STIPULATION AND<br>PROPOSED ORDER OF SETTLEMENT |

On April 18, 2017, plaintiff Harrell and pro se defendant Gifford filed a Stipulation and Order for Settlement and Judgment setting forth the terms of the proposed settlement effect of the, ECF 145. The document also asks the court to ratify the settlement as a good faith settlement which could have the effect of precluding the other defendants from seeking indemnity from defendant Gifford or otherwise attacking the settlement. The represented defendants in this case filed objections, ECF 146.

A finding of good faith settlement may have adverse consequences on the remaining defendants. As such, a "stipulation" between the settling parties which would have the effect of mandating those adverse consequences without a chance for the remaining defendants to be heard is inappropriate. Moreover, there are unanswered legal questions about the propriety of the concept of good faith settlement in the context of this mixed federal civil rights and state tort action. In addition, there is no pending operative complaint with which to judge the effect of a

1

finding of good faith settlement.

For all of the above reasons, the proposed Stipulation and Order is stricken. Plaintiff Harrell may file a motion for an order of good faith settlement when an operative complaint has been answered in this case. Such motion, filed at the appropriate time, shall be served on defendants and set for hearing according to the rules of this court.

Accordingly, the Stipulation and Proposed Order, ECF 145 is stricken.

SO ORDERED.

Dated: May 1, 2017

<u>/s/ Gregory G. Hollows</u>
UNITED STATES MAGISTRATE JUDGE
