UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PETER T. HARRELL,<br><br>  Plaintiff,<br><br>  v.<br><br>HORNBROOK COMMUNITY SERVICES DISTRICT, et al.,<br><br>  Defendant. | No. 2:14-cv-01595-KJM-GGH<br><br><br><br>ORDER |

Plaintiff has filed before this court a Motion to Extend the time for briefing on his matter and/or for a stay of appellate proceedings which is now pending in the Ninth Circuit Court of Appeals, case number 17-17191. ECF No. 188. Plaintiff is hereby apprised that the district court has no authority to make adjustments to the Circuit Court calendar and any relief desired by plaintiff must be sought from the appellate court directly.

In light of the foregoing IT IS HEREBY ORDERED that: The Clerk of the Court shall remove the motion indicator from ECF No. 188 and identify it is an information only filing rather than a Motion.

**IT IS SO ORDERED.**

Dated: February 12, 2018

                                      /s/ Gregory G. Hollows
                          UNITED STATES MAGISTRATE JUDGE