UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PETER T. HARRELL,<br><br>Plaintiff,<br><br>v.<br><br>HORNBROOK COMMUNITY SERVICES DISTRICT, et al.,<br><br>Defendants. | No. 2:14-cv-01595-KJM-GGH<br><br><br>ORDER |

On December 13, 2017 the magistrate judge issued findings and recommendations in this matter, which was assigned to him under District of California Local Rule 302(c)(21), recommending that the Motion to Proceed in Forma Pauperis filed by defendant Roger Gifford, ECF No. 171, be denied. ECF No. 184.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this court has conducted a de novo review of this case. Having reviewed the file, the magistrate judge's findings and recommendations and Gifford's objections, the court ADOPTS the findings and recommendations in full.

In so doing the court notes Gifford's objections on the ground that he requested in forma pauperis status insofar as he wishes to appeal earlier rulings made in this case. ECF No. 186. A review of the court's docket, however, discloses no request for interlocutory appeal of the orders identified by defendant Gifford nor any notice of appeal.

1 | In light of the foregoing, IT IS HEREBY ORDERED that defendant Roger Gifford's motion to be granted in forma pauperis status for purposes of appeal is DENIED.

DATED: May 10, 2018.

_____
UNITED STATES DISTRICT JUDGE