UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PETER T. HARRELL,<br><br>Plaintiff,<br><br>v.<br><br>HORNBROOK COMMUNITY SERVICES DISTRICT, et al.,<br><br>Defendants. | No. 2:14-cv-01595 KJM GGH<br><br><br><br>ORDER |

On November 20, 2017, Sharrel Barnes, a defendant in the above-captioned matter, filed a Motion to Proceed In Forma Pauperis in the appeal to the Ninth Circuit Court of Appeals of plaintiff's case. ECF No. 176. On November 27, 2017 the magistrate judge issued an Order and Findings and Recommendations that recommended that defendant Barnes' Motion be denied. ECF No. 177. The Order afforded all parties to the action fourteen days to file written objections to the Order. Defendant Barnes filed objections On December 6, 2017.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this court has conducted a de novo review of this case. Having reviewed the file, and the magistrate judge's findings and recommendations, the court ADOPTS the findings and recommendations.

////

////

1

1 | Accordingly, IT IS HEREBY ORDERED that defendant's Motion to proceed in forma pauperis in the appeal that has been filed with the Ninth Circuit Court of Appeals is DENIED.

IT IS SO ORDERED.

DATED: May 18, 2018.

_____
UNITED STATES DISTRICT JUDGE